United States District Court

Western District of Texas

Austin

Deficiency Notice

| | |
|---|---|
| To: | Evans, Kelly |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, August 01, 2025 |
| Re: | 01:25-CV-01173-DAE / Doc # 1 / Filed On: 07/28/2025 |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

The Request For Issuance of Summons is deficient and cannot be issued as requested because you did not complete the section "To:" with the defendant's name AND address to serve.  Please complete this section and resubmit.