## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISTINE AND ROBERT MILLER, § In their individual capacities and as § next friends of C. M., a Minor Child, | § § | |
| Plaintiff, | § | |
| VS. | § | CAUSE NO. 1:25-CV-01173 |
| | § | |
| VALOR TEXAS EDUCATION FOUNDATION d/b/a VALOR EDUCATION | § | |
| Defendant. | § | |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Aug 14, 2025, 10:51 am**,

**SUMMONS, ORIGINAL COMPLAINT**

and was executed at **11720 South Mopac Expressway, Austin, TX 78739** within the county of **Travis** at **01:11 PM** on **Thu, Aug 21 2025**, by delivering a true copy to the within named

**VALOR TEXAS FOUNDATION DBA VALOR EDUCATION - C/O MARILISA MUCKERHEIDE**
None of the individuals listed are present at this location. They all work remotely however, the assistant headmaster of operations Kristen Arbuckle came down to accept the documents.

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, I am at least 18 years old, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas**, on **August 21, 2025**.

_____

**Corin Johnson**
**Certification Number: PSC-5625**
**Certification Expiration: 9/30/2026**