**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CHRISTINE AND ROBERT MILLER,** | § | |
| **In their individual capacities and as** | § | |
| **next friends of C. M., a Minor Child,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| **V.** | § | **CIVIL NO. 1:25-CV-01173-DAE** |
| | § | |
| | § | |
| **VALOR TEXAS EDUCATION** | § | |
| **FOUNDATION d/b/a VALOR EDUCATION** | § | |
| | § | |
| *Defendant* | § | |

**ORDER DENYING DEFENDANT'S SECOND**
**PARTIAL MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

Before the Court is Defendant Valor Texas Education Foundation's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6). After considering the motion, the documents on file and arguments of counsel, the Court is of the opinion that the motion should be, and is hereby **DENIED**.

**It IS THEREFORE ORDERED** that Defendant Valor Texas Education Foundation's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) is **DENIED**.

SIGNED this _____ day of _____, 2025.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE