**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **CHRISTINE AND ROBERT MILLER,** §<br>In their individual capacities and as §<br>next friend of C.M., a Minor Child §<br>    §<br>*Plaintiffs*, §<br>    §<br>v. §<br>    §<br>**VALOR TEXAS EDUCATION** §<br>**FOUNDATION d/b/a VALOR EDUCATION** §<br>    §<br>*Defendant*. § | **CIVIL NO.: 1:25-CV-01173** |

ON THIS DAY CAME BEFORE THE COURT, Defendant Valor Texas Education Foundation d/b/a Valor Education ("Defendant" or "Valor") Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6). After consideration of the foregoing Motion, the Court finds that the foregoing Motion should be GRANTED.

It is, therefore, ORDERED, that the above-styled and numbered cause is hereby DISMISSED. It is ORDERED that any matter asserted by any Party is hereby dismissed with prejudice.

This Order is final and disposes of all Parties claims. All costs are to be paid by the party that incurred same.