UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHRISTINE AND ROBERT MILLER, As next friends of C.M. a Minor Child, § § § § *Plaintiffs,* § § V. § § § VALOR TEXAS EDUCATION § FOUNDATION d/b/a VALOR § EDUCATION § § *Defendant* § § | CIVIL NO. 1:25-CV-01173-DAE |

PLAINTIFFS' UNOPPOSED MOTION
TO SEAL PLAINTIFFS' FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW CHRISTINE AND ROBERT MILLER**, as next friends of their minor, disabled child C. M., by and through their undersigned counsel, and respectfully moves this Honorable Court for an Order sealing Plaintiffs' *First Amended Complaint* filed on October 2, 2025. As grounds for this request, the Movants will respectfully show the following:

I.

LEGAL BASIS AND GOOD CAUSE

1. This Motion is filed pursuant to FEDERAL RULE OF CIVIL PROCEDURE 26(c) and Local Rule 5.1(g)], which permits the Court to enter an Order to protect a party from public disclosure of confidential information.

2. This Court has the inherent power to control and seal its records in the interest of justice when "good cause" is shown. Good cause exists when disclosure will result in a clearly defined, serious injury.

3. The information contained within Plaintiffs' *First Amended Complaint* inadvertently and accidentally includes private, personally identifiable and confidential information about the minor child. This information, which contains discreet facts about a minor, falls under categories traditionally subject to sealing, specifically: highly confidential private information concerning a minor. The privacy interests of the minor child significantly outweigh the presumption of public access to the records in question.

4. Public disclosure of the child's identity contained in the Educational Assessment and Evaluation Report, Section 504 Plan, and student grades would unnecessarily violate the privacy rights of the minor child and cause a direct, irreparable harm, including severe reputational damage. Plaintiffs neither seek nor gain any litigation advantage over Defendant by the Court's sealing of Plaintiffs' *First Amended Complaint.* And there is no discernible public interest in the disclosure of the disabled student's private information.

5. Sealing only Plaintiffs' *First Amended Complaint*, or a redacted version if necessary, represents the least restrictive means necessary to protect the identified confidential information. The public interest in the remaining non-confidential facts of the case is unaffected.

6. Movants request that the Court review Plaintiffs' First Amended Complaint *in camera* if necessary to confirm that sealing the document is justified to prevent the disclosure of the minor child's highly sensitive information.

7. Plaintiffs' counsel has conferred with opposing counsel who does not object to the granting of this motion.

## PRAYER

Plaintiffs respectfully prays for an Order from the Court directing the Clerk of the Court to seal Plaintiffs' *First Amended Complaint* and to remain sealed until further Order of this Court, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

LAW OFFICE OF K. RANDOLPH EVANS

_____
Kelly R. Evans
Attorney at Law
State Bar No.  06723620
P. O. Box 142534
Austin, Texas  78714-2534
512-926-0091  OFFICE
512-926-0092   FAX
Kelly@krevanslaw.com

## CERTIFICATE OF CONFERENCE AND SERVICE

This will certify that on the 21st day of October 2025, I conferred with opposing counsel who does not object to this motion.  A true and correct copy of the foregoing has been electronically served and submitted for e-filing with the Clerk of the U. S. District Court for the Western District of Texas using the electronic filing system to:

Christopher H. Schultz
9011 Mountain Ridge Drive, Suite 210
Austin, Texas 78759
512-840-0022 OFFICE
512-538-5384 FAX
Email: cschulz@slh-law.com

ATTORNEY FOR DEFENDANT

_____
KELLY EVANS