UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CHRISTINE AND ROBERT MILLER,** §<br>As next friends of C.M., a Minor Child, §<br>§<br>*Plaintiffs,* §<br>§<br>V. §<br>§<br>§<br>**VALOR TEXAS EDUCATION** §<br>**FOUNDATION d/b/a VALOR** §<br>**EDUCATION** §<br>§<br>*Defendant* §<br>§ | **CIVIL NO. 1:25-CV-01173-DAE** |

**PLAINTIFFS' AND DEFENDANT'S**
**JOINT MOTION TO STAY PROCEEDINGS**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Plaintiffs **CHRISTINE AND ROBERT MILLER**, as next friends of their minor, disabled child C. M., by and through their undersigned counsel, and Defendant **VALOR TEXAS EDUCATION FOUNDATION d/b/a VALOR EDUCATION,** by and through its undersigned counsel, who respectfully move this Honorable Court for an **Order to Stay** further court proceedings. The parties have mutually agreed in good faith to submit the case to mediation in an attempt at early settlement of the case. The parties have also agreed upon a mediator, but the date, location, and other logistics for the mediation have yet to be determined. Given the possibility of settlement of the case, the parties respectfully request that the Court suspend the running of all current deadlines and abate further proceedings in this case pending the

outcome of the parties' efforts at alternative dispute resolution. In support thereof, the parties will respectfully show the Court:

**INTRODUCTION**

On July 31, 2025, Plaintiffs filed their *Original Complaint* on behalf of their minor son. On September 10, 2025, Defendant appeared and filed Defendant's 12(b)(1) *Motion to Dismiss Plaintiffs' Original Complaint*. On September 24, 2025 Plaintiffs filed *Plaintiffs Response to Defendant's 12(b)(1) Motion to Dismiss*, and thereafter, on October 1, 2025 Plaintiffs filed an *Amended Complaint*. The Court issued an order on October 9, 2025, dismissing Defendant's motion to dismiss as moot. On October 16, 2025, Defendant filed a second Rule 12(b)(1) and 12(b)(6) motion to dismiss seeking dismissal of Plaintiffs' Amended Complaint.

The following upcoming deadlines are imminent: The Plaintiffs' response to Defendant's second motion to dismiss is due on October 29, 2025. The parties must still "meet and confer" for purposes of discovery and other pre-trial matters, and the current deadline for the parties to submit a proposed Scheduling Order is November 9, 2025.

The parties respectfully seek a temporary suspension of these, and any other applicable deadlines, until further order of the Court. Good cause exists to stay further proceedings because it is in the best interest of both the Plaintiffs and the Defendant to prevent escalation of potentially unnecessary cost and expense to either party as well as to avoid inefficient and unnecessary consumption of the Court's valuable time given the possibility that early settlement of the case may occur.

## PRAYER

Plaintiffs and the Defendant therefore respectfully pray for an Order from this Honorable Court to stay, abate, or otherwise suspend all deadlines and further proceedings until further order of the Court. The parties further pray for such other and further relief as the Court deems just and proper.

Respectfully submitted,

LAW OFFICE OF K. RANDOLPH EVANS

*Kelly Evans*
_____
Kelly R. Evans
Attorney at Law
State Bar No.  06723620
P. O. Box 142534
Austin, Texas  78714-2534
512-926-0091  OFFICE
512-926-0092   FAX
Kelly@krevanslaw.com

ATTORNEY FOR PLAINTIFF


/S/ Christopher H. Schulz (w/permission)
_____
Christopher H. Schulz
9011 Mountain Ridge Drive, Suite 210
Austin, Texas 78759
512-840-0022 OFFICE
512-538-5384 FAX
Email: cschulz@slh-law.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

This will certify that this joint motion is being submitted and filed with the Court by mutual agreement of both parties on this the __27th__ day of October 2025.

_____
KELLY EVANS