UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CHRISTINE AND ROBERT MILLER,** As next friends of C.M. a Minor Child, *Plaintiffs,* V. **VALOR TEXAS EDUCATION FOUNDATION d/b/a VALOR EDUCATION** *Defendant* | § § § § § § § § § § § § § § § CIVIL NO. 1:25-CV-01173-DAE |

## ORDER GRANTING THE JOINT MOTION TO STAY

On this date, the Court considered Plaintiffs' and Defendant's Joint Motion to Stay further court proceedings due to the parties' agreement to pursue a mediated settlement of this case. The Court finds the motion has merit and good cause exists to stay further proceedings in this case until further order of this Court.

**IT IS HEREBY ORDERED** that the Joint Motion to Stay filed by the parties is **GRANTED**.

**SIGNED** this _____ day of October 2025.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE