**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CHRISTINE AND ROBERT MILLER,** | § | |
| **As next friends of C.M., a Minor Child,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | **CIVIL NO. 1:25-CV-01173-DAE** |
| | § | |
| | § | |
| **VALOR TEXAS EDUCATION** | § | |
| **FOUNDATION  d/b/a VALOR** | § | |
| **EDUCATION** | § | |
| | § | |
| *Defendant* | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs CHRISTINE and ROBERT MILLER AS NEXT FRIENDS OF C.M**.,** a minor child, and Defendant VALOR TEXAS EDUCATION FOUNDATION D/B/A/ VALOR EDUCATION (collectively the Parties) file this Agreed Motion to Dismiss with Prejudice, and in support show the following:

1.      The Parties have agreed to a settlement of this matter.  Therefore, the Parties request that the Court dismiss all pending claims with prejudice.

2.      Accordingly, the Parties request that the Court grant this Agreed Motion to Dismiss With Prejudice and sign the attached Order dismissing all pending claims with prejudice and providing that the Parties pay their own attorneys' fees and costs.

Respectfully submitted:

Kelly R. Evans,
Attorney at Law
LAW OFFICE OF K. RANDOLPH EVANS
State Bar No. 06723620
P.O. Box 142534
Austin, Texas  78714-2534
512-926-0091 OFFICE
512-926-0092 FAX
Email:  kelly@krevanslaw.com

ATTORNEY FOR PLAINTIFFS

Christopher H. Schultz
Attorney at Law
SCHULMAN, LOPEZ, HOFFER &
ADELSTEIN, LLP
9011 Mountain Ridge Drive, Suite 210
Austin, Texas 78759
512-840-0022 OFFICE
512-538-5384 FAX
Email: cschulz@slh-law.com

ATTORNEY FOR DEFENDANT

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and notice was electronically provided to the following as opposing counsel:

Christopher H. Schultz
Attorney at Law
9011 Mountain Ridge Drive, Suite 210
Austin, Texas 78759
512-840-0022 OFFICE
512-538-5384 FAX
Email: cschulz@slh-law.com

ATTORNEY FOR DEFENDANT

_Kelly Evans_
_____
Kelly R. Evans

3