**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **CHRISTINE AND ROBERT MILLER,** As next friends of C.M., a Minor Child, | § § § | |
| *Plaintiffs,* | § § § | |
| V. | § § | **CIVIL NO. 1:25-CV-01173-DAE** |
| **VALOR TEXAS EDUCATION FOUNDATION  d/b/a VALOR EDUCATION** | § § § § § | |
| *Defendant* | § § | |

## AGREED ORDER

Pending before the Court are Plaintiffs Christine and Robert Miller, as next friends of C.M., a child, and Defendant Valor Texas Education Foundation d/b/a Valor Education (collectively the Parties) Agreed Motion to Dismiss with Prejudice.  Upon consideration of the Motion, it is the opinion of this Court that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Parties' Agreed Motion to Dismiss with Prejudice is **GRANTED**, and all pending claims are hereby dismissed with prejudice.  It is further, **ORDERED**, that all costs and attorneys' fees shall be borne by the party incurring the same.

SIGNED the _____ day of _____ 2026.

_____
UNITED STATES DISTRICT JUDGE