**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CHRISTINE AND ROBERT MILLER,** | § | |
| **As next friends of C.M., a Minor Child,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **V.** | § | **CIVIL NO. 1:25-CV-01173-DAE** |
| | § | |
| | § | |
| **VALOR TEXAS EDUCATION** | § | |
| **FOUNDATION  d/b/a VALOR** | § | |
| **EDUCATION** | § | |
| | § | |
| *Defendant* | § | |

## AGREED ORDER

Pending before the Court are Plaintiffs Christine and Robert Miller, as next friends of C.M., a child, and Defendant Valor Texas Education Foundation d/b/a Valor Education (collectively the Parties) Agreed Motion to Dismiss with Prejudice.  Upon consideration of the Motion, it is the opinion of this Court that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Parties' Agreed Motion to Dismiss with Prejudice is **GRANTED**, and all pending claims are hereby dismissed with prejudice.  It is further, **ORDERED**, that all costs and attorneys' fees shall be borne by the party incurring the same. The Clerk is instructed to **CLOSE THE CASE**.

SIGNED the 26th day of February, 2026.

_____
David Alan Ezra
Senior United States District Judge